| | |
|---|---|
| 1 | MELINDA L. HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JOSEPH FAZIOLI (CABN 275564)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5061 |
| 7 | Facsimile: (408) 535-5066<br>joseph.fazioli@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States |

FILED

DEC 12 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIO VILLEGAS ROBLES,

    Defendants.

No. CR 04-20027 RMW (HRL)

STIPULATION AND [~~PROPOSED~~]
ORDER CONTINUING REVOCATION
OF SUPERVISED RELEASE HEARING

The matter is set for an initial appearance on a revocation of supervised release hearing on December 13, 2012. Undersigned government counsel will be unavailable to attend the revocation hearing on December 13, 2012 due to a mandatory office wide training that day in San Francisco. In light of the above, the parties now jointly request that the December 13, 2012 revocation of supervised release hearing be continued to Tuesday, December 18, 2012.

The parties agree, and the Court finds and holds, as follows:

1. The December 13, 2012 revocation of supervised release hearing date is vacated.

2. This matter is set before this Court for a revocation of supervised release hearing on

STIPULATION AND [PROPOSED] ORDER
CR 04-20027 RMW (HRL)

1 | December 18, 2012 at 1:30 p.m.

3 | SO STIPULATED:

5 | DATED: 12/12/12

      /s/
VARELL FULLER
Assistant Federal Public Defender

DATED: 12/12/12

      /s/
JOSEPH FAZIOLI
Assistant United States Attorney

IT IS SO ORDERED.
DATED: 12/12/12

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 04-20027 RMW (HRL)