1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant VILLEGAS ROBLES

6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN JOSE DIVISION
10

11
   UNITED STATES OF AMERICA,        )   No. CR-04-20027 RMW
12                                  )
              Plaintiff,            )   STIPULATION AND [PROPOSED]
13                                  )   ORDER VACATING MARCH 18, 2013,
   vs.                              )   STATUS HEARING AND TERMINATING
14                                  )   SUPERVISED RELEASE
   MARIO VILLEGAS ROBLES,           )
15                                  )
              Defendant.            )
16 _____)

17
                            **STIPULATION**
18
       Defendant Mario Villegas-Robles, by and through Assistant Federal Public Defender
19
   Varell L. Fuller, and the United States, by and through Assistant United States Attorney Joseph
20
   Fazioli, hereby stipulate that, with the Court's approval: (1) the status hearing currently set for
21
   Monday, March 18, 2012, at 9:00 a.m., shall be vacated; and (2) the defendant's supervised
22
   release shall be terminated, based upon his stipulated admission to Charge One of the Form 12,
23
   waiver of revocation hearing in accord with Fed. R. Crim. P. 32.1, the defendant's successful
24
   participation in drug treatment, and the joint request of the parties.
25
       In support of this request, Mr. Villegas-Robles waives his right to a revocation hearing in
26

accord with Fed. R. Crim. P. 32.1, and hereby stipulates and admits as follows:

On December 4, 2012, during a home contact, the defendant submitted a drug test, Specimen Number C01288260, which tested presumptive positive for amphetamines and methamphetamine, in violation of standard condition number seven that the defendant refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to a controlled substance, except as prescribed by a physician.

The parties further stipulate that Mr. Villegas-Robles's term of supervised release would have expired on January 13, 2013, but for the December 4, 2012, violation, and the defendant has made significant progress in substance abuse treatment since the violation and is presently participating in community based services. Accordingly, the parties jointly request, based upon Mr. Villegas-Robles's admission to Charge One and waiver of revocation hearing, that the Court terminate Mr. Villegas Robles's term of supervision and vacate the March 18, 2013, hearing date.

IT IS SO STIPULATED.

Dated: March 8, 2013

/s/
VARELL L. FULLER
Assistant Federal Public Defender

Dated: March 8, 2013

/s/
JOSEPH P. FAZIOLI
Assistant United States Attorney

Dated: March 8, 2013

/s/
JUAN RAMIREZ
United States Probation Officer

Stipulation and [Proposed] Order
No. CR 04-20027 RMW                          2

Dated: 3·8·13

Mario Villegas Robles
Defendant

//
//
//

[Proposed] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that: (1) the status hearing set for March 18, 2013, is hereby vacated; and (2) based upon the defendant's stipulated admission to Count One of the Form 12 and waiver of his right to a revocation hearing in accord with Fed. R. Crim. P. 32.1, the defendant's supervised release is hereby terminated.

IT IS SO ORDERED.

Dated: ~~ ~~

Ronald M. Whyte
The Honorable Ronald M. Whyte
United States District Court Judge